ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| U.S. Bank National Association, As Trustee for JP Morgan Mortgage Acquisition Trust 2006-RM1, Asset Backed Pass-Through Certificates, Series 2006-RM1, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>RENOVISTA RIDGE MASTER PROPERTY OWNERS' ASSOCIATION, a Nevada nonprofit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; VEISINIA TUAVAO, an individual; FILIMONE TUAVAO, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>Defendants. | Case No. 3:17-cv-000283-RCJ-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO**
**RESPOND TO MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, by and through their undersigned counsel, and

hereby stipulate and agree as follows:

1. On March 12, 2018, Plaintiff filed a Motion for Summary Judgment herein [ECF #33]. A Responses was due on April 2, 2018. A hearing related to said Motion is presently scheduled to take place on June 12, 2018. [ECF #35].

2. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response.

3. Moreover, Defendant's counsel would like the opportunity to engage in meaningful settlement discussions prior to investing further time and expense in litigation.

4. The failure the request an extension prior to the due date was the result of unintended oversight. Defendant's counsel respectfully submits that the failure to timely request an extension in advance of the due date constitutes excusable neglect.

5. Based upon the foregoing, Defendant has requested and shall be granted an extension of time until May 2, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment.

6. Plaintiff shall have an extension of time until May 30, 2018, in which to file any Reply.

//
//
//
//
//
//
//
//
//

4461 Reddawn

7. The proposed extensions will not interfere with the hearing that is scheduled to take place on June 12, 2018.

8. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____4th____ day of April, 2018.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | ZIEVE, BRODNAX & STEELE, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> ***Attorney for Defendant*** <br> ***Thunder Properties, Inc.*** | /s/ *John S. Dolembo* <br> JOHN S. DOLEMBO, ESQ. <br> Nevada Bar No. 9795 <br> 3753 Howard Hughes Parkway, Suite 200 <br> Las Vegas, NV 89169 <br> 702-948-8565 <br> 702-446-9898 (fax) <br> sdolembo@zbslaw.com <br> ***Attorney for Plaintiff*** <br> ***U.S. Bank National Association, As Trustee*** |

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: __April 24, 2018.__

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

4461 Reddawn

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this   5th   day of April, 2018, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Christopher S Connell
Zieve, Brodnax & Steele, LLP
3753 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
United Sta
702-948-8565
702-446-9898 (fax)
cconnell@zbslaw.com
*Attorney for Plaintiff*
*US Bank National Association*

Benjamin D. Petiprin
Zieve, Brodnax & Steele, LLP
3753 Howard Hughes Parkway,
Suite 200
Las Vegas, NV 89169
702-948-8565
702-446-9898 (fax)
bpetiprin@zievelaw.com
*Attorney for Plaintiff*
*US Bank National Association*

Shadd A. Wade
ZIEVE, BRODNAX & STEELE, LLP
3753 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
702-948-8565
swade@zbslaw.com
*Attorney for Plaintiff*
*US Bank National Association*

                    /s/ *Timothy E. Rhoda*
                    An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

4461 Reddawn