# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1, a national bank,<br><br>Plaintiff,<br><br>v.<br><br>RENOVISTA RIDGE MASTER PROPERTY OWNERS' ASSOCIATION, a Nevada non-profit corporation, *et al.*,<br><br>Defendants. | Case No.: 3:17-CV-00283-RCJ-VPC<br><br>**ORDER VACATING ORAL ARGUMENT SET FOR JUNE 12, 2018 IN RENO, NEVADA AND RESCHEDULING TO 10:00 A.M., FRIDAY, JUNE 15, 2018 IN LAS VEGAS COURTROOM 4B** |

Presently before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 33). Accordingly,

IT IS HEREBY ORDERED that ORAL ARGUMENT currently set for 11:00AM., Tuesday, June 12, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that ORAL ARGUMENT is RESCHEDULED to 10:00 A.M., Friday, June 15, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the Motion for Telephonic Appearance (ECF #40) is DENIED AS MOOT.

IT IS SO ORDERED this 15th day of May, 2018.

_____
ROBERT C. JONES
District Judge