CONNELL LAW
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
Las Vegas, NV 89102
(702) 266-6355; Fax: (702) 829-5930
cconnell@connelllawlv.com

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR JP MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1,<br><br>Plaintiff,<br>vs.<br><br>RENOVISTA RIDGE MASTER PROPERTY OWNERS ASSOCIATION ET AL,<br><br>Defendant. | Case No.: **3:17-cv-00283-RCJ-VPC**<br><br>**CONNELL LAW'S MOTION TO MODIFY SERVICE LIST** |

Christopher S. Connell, Esq. of Connell Law hereby moves to remove attorney Christopher S. Connell, Esq. from the CM/ECF electronic service list for the above captioned case. Mr. Connell is no longer affiliated with Zieve, Brodnax & Steele LLP and no longer represents U.S. Bank or any other party in this matter.

**DATED** this 30th day of May, 2018

CONNELL LAW

/s/ Christopher Connell
Christopher S. Connell, Esq.
Nevada Bar No. 12720
6671 Las Vegas Blvd., Suite 210
Las Vegas, NV 89102

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: June 12, 2018

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that I am an employee of CONNELL LAW; that service of the foregoing **MOTION TO MODIFY SERVICE LIST** was made on the 30th day of May, 2018, by e-serving pursuant to F.R.C.P. 5 through the United States District Court's CM/ECF system to all CM/ECF registrants for this case.

*/s/ Christopher S. Connell*
An Employee of CONNELL LAW