Law Offices of Benjamin D. Petiprin
Benjamin D. Petiprin
Nevada Bar No. 11681
1810 E. Sahara Avenue, Suite 490
Las Vegas, Nevada 89104
Tel: (725) 696-6012
Fax: (702) 977-9703
ben@spreterlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-RM1, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RM1, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>RENOVISTA RIDGE MASTER PROPERTY OWNERS' ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; THUNDER PROPERTIES, INC., a Nevada corporation; VEISINIA TUAVAO, an individual; FILIMONE TUAVAO, an individual.<br><br>Defendants. | Case No.: 3:17-cv-00283<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Benjamin D. Petiprin, Esq. of Law Offices of Benjamin D. Petiprin hereby gives notice that he is no longer an associate attorney with Zieve, Brodnax & Steele, LLP. Benjamin D. Petiprin, Esq. requests that he no longer receive notices related to this case.

MOTION OF WITHDRAWAL -1-

Plaintiff's Counsel Zieve, Brodnax & Steele, LLP will remain counsel of record and should continue to receive notices related to this case.

DATED: July 5, 2018                ZIEVE, BRODNAX & STEELE, LLP

                                              /s/ Benjamin D. Petiprin.
Benjamin D. Petiprin, Esq.
Nevada Bar No. 11681
1810 E. Sahara Avenue, Suite 490
Las Vegas, Nevada 89104
Tel: (725) 696-6012
Fax: (702) 977-9703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Law Offices of Benjamin D. Petiprin; that service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made on the __5th___ day of July, 2018, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                              /s/Tiffany Candelaria
An employee of Law Offices of Benjamin D. Petiprin

IT IS SO ORDERED this 6th day of July, 2018.

_____
ROBERT C. JONES